IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

ELECTRONICALLY FILED
Dec 15 2023
U.S. DISTRICT COURT
Northern District of WV

**SHANNON PRITT,**

    **Plaintiff,**

v.                                                        **Case No:** 3:23-CV-251

**C.O. WARNICK,**

    **Defendants.**

Groh
Trumble
Soms

## COMPLAINT

Comes now the Plaintiff, Shannon Pritt, by and through counsel, Stroebel & Stroebel, P.L.L.C., and for his complaint against the above-named Defendant, states as follows:

1.    Plaintiff, Shannon Pritt (hereinafter, "Plaintiff"), is a citizen and resident of West Virginia that was incarcerated at Pruntytown Correctional Center (hereinafter PCC). Plaintiff has exhausted his administrative remedies and is not incarcerated at the time this is filed.

2.    The West Virginia Division of Corrections and Rehabilitation (hereinafter "WVDOCR") is a correctional institution funded, in whole or part, by the State of West Virginia. The WVDOCR is responsible for overseeing the jails and correctional facilities throughout the state. The WVDOCR employed the defendants named herein.

3.    Defendant, Correctional Officer Warnick was employed by the West Virginia Division of Corrections and Rehabilitation (hereinafter WVDOCR) as correctional officers at PCC. Defendant used unwarranted and excessive force against the plaintiff and is being sued in his individual capacity.

4.    Plaintiff Shannon Pritt was given a breakfast tray on or about March 9, 2023 but was not given any utensils to eat it with. Plaintiff was in a holding cell at the time. When plaintiff asked again for utensils, defendant Warnick became enraged and started screaming at

plaintiff calling him a bitch and whore. Warnick entered the cell and told plaintiff to get against the wall. Plaintiff complied with the order. Warnick entered the holding cell and grabbed plaintiff's arm, twisting it behind his back. Defendant twisted plaintiff's arm and hand up behind plaintiff's head and slammed him face first into the floor. The force used was unnecessary and excessive and caused plaintiff to suffer a fractured clavicle. Plaintiff also suffered serious injury to his back, elbow, and foot/ankle. Plaintiff at no time disobeyed an order and posed no threat to the CO or state property. After severely twisting plaintiff's arm and using excessive and unnecessary physical force, plaintiff was driven into the floor where he suffered a broken clavicle and numerous other injuries.

5. Defendant also attempted to cover up his wrongful conduct by filing a false incident report. Plaintiff further asserts that he is seeking damages from the defendant up to an amount commensurate with the amount of insurance coverage when applicable to the claims made herein. The defendant is being sued in his individual capacity and was acting under the color of state law at all times relevant herein.

6. All events and occurrences alleged herein occurred in the State of West Virginia.

7. The unconstitutional conduct of defendant assaulting and injuring plaintiff should be on a video recording. Defendant, prior to and while assaulting plaintiff, made comments to plaintiff that were malicious in nature.

8. Defendant's conduct, carried out under the color of state law, violated WVDOCR policy which addresses the duty to protect inmates from harm as well as the use of force policy adopted by the WVDOCR. The conduct described above also violated plaintiff's right to be free from excessive physical force in violation of the Eighth Amendment to the United States Constitution. At no time was plaintiff a threat to defendant. Defendant also filed false reports

in an attempt to cover up his conduct.

## COUNT I –VIOLATION OF 42 USC §1983

9. Plaintiff realleges and incorporates paragraphs 1 through 8 above as if fully set forth herein.

10. Defendant Warnick used unnecessary and excessive force against Plaintiff when plaintiff did not pose a threat to himself or others. The Defendant carried out the wrongful and unconstitutional conduct which included twisting plaintiff's arm behind his back and by driving his face, shoulder, and body into the floor. This conduct was unwarranted, unnecessary, and unjustified. Defendant's actions were done to Plaintiff under the color of the law of the State of West Virginia. The conduct described herein deprived plaintiff of his rights and privileges under the Constitution of the United States of America. At no time did defendant employ any efforts to temper. Defendant's conduct was unnecessary and excessive and is cruel and unusual punishment. The punishment was carried out in response to plaintiff requesting utensils to eat with.

11. The excessive force used against Plaintiff by WVDOCR's employee was in violation of Plaintiff's rights under the Eighth Amendment of the United States Constitution. The conduct as described herein was unwarranted and amounts to cruel and unusual punishment.

12. The conduct of Defendant was so egregious and outrageous, so as to constitute an abuse of power in violation of Plaintiff's rights under the Eighth Amendment. Further, Defendant's acts, as set forth herein, were done while acting under the color of state law. Defendant failed to employ any efforts to temper. Defendant further lied in his incident reports in an attempt to cover-up his wrongful conduct. Defendant would have known that his conduct violated plaintiff's constitutional rights as a result of legal precedent and training.

13. As a result of the aforementioned violation of plaintiff's civil rights, Plaintiff has suffered mental anguish, embarrassment, humiliation and physical injury and has otherwise been greatly damaged through defendant's violation of his rights and is therefore entitled to compensatory damages as well as punitive damages against defendants as well as attorney fees and costs pursuant to 42 U.S.C.§ 1988.

WHEREFORE, for the reasons set forth in this Complaint, and for such other and further reasons as are apparent to this Honorable Court, Plaintiff respectfully requests that judgment be entered in favor of the Plaintiff and against the Defendants and requests that the Court award damages including, but not limited to, physical injury, medical expenses, damages for emotional and mental distress and punitive damages, court costs, pre-judgment interest, post-judgment interest, attorney's fees and expenses.

PLAINTIFF DEMANDS A TRIAL BY JURY.

SHANNNON PRITT,
By Counsel,

**/s/ Paul M. Stroebel**
Paul M. Stroebel (WV Bar #5758)
Attorney for Plaintiff
Stroebel & Stroebel, PLLC
405 Capitol Street; Suite 102
P.O. Box 2582
Charleston, WV 25329
Telephone: (304) 346-0197
Fax: (304) 346-6029
E-mail: paulstroeb@aol.com