IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**SHANNON PRITT,**

    **Plaintiff,**

v.                                        **CIVIL ACTION NO. 3:23-CV-251 (GROH)**

**C.O. WARNICK,**

    **Defendant,**

## ORDER DISMISSING CASE

Because the Court has received notice from the mediator that the parties have reached a settlement in this case, it is **ORDERED** that this civil action be, and the same is hereby, **DISMISSED** with prejudice and retired from the docket of this Court, **subject to reopening on motion of any party, and for good cause shown, within ninety days**.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this case.

The Clerk of Court is **DIRECTED** to transmit copies of this Order to all counsel of record herein.

**DATED:** May 27, 2025

*/s/ Gina M. Groh*
GINA M. GROH
UNITED STATES DISTRICT JUDGE